# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WHITTAKER CORPORATION<br><br>　　Plaintiff,<br><br>　　v.<br><br>PACIFIC INDEMNITY COMPANY and INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA<br><br>　　Defendants | Case No.: CV 18-1828-GW-ASx<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE AND WITHOUT COSTS**<br><br>Complaint served: March 6, 2018 |

Having considered the parties' stipulation for the dismissal of the entire action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

**IT IS HERE BY ORDERED**

1. The Complaint of Plaintiff is hereby dismissed with prejudice; and
2. Each party shall bear its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: January 30, 2019

By: *George H. Wu*
HON. GEORGE H. WU
United States District Judge

2
[PROPOSED] ORDER DISMISSING ENTIRE ACTION